IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:12CR109 |
| v. | : | JUDGE THOMAS M. ROSE |
| EDWARD "ED" CLAUDE JONES | : | |

ORDER TO UNSEAL CASE

Upon motion of the United States, and for good cause shown, the above captioned case is hereby ordered unsealed.

DATE: 9-28-12

JUDGE THOMAS M. ROSE
UNITED STATES DISTRICT COURT JUDGE